Amir FATIR a/k/a Sterling Hobbs, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 51, 2016

Supreme Court of Delaware.

Submitted: April 5, 2016
Decided: May 24, 2016
Rehearing En Banc Denied June 10, 2016

AFFIRMED.

■

Damon S. EVERETT, Defendant Below-Appellant,

v.

STATE of Delaware, Plaintiff Below-Appellee.

No. 678, 2015

Supreme Court of Delaware.

Submitted: April. 27, 2016
Decided: May 24, 2016

AFFIRMED.

■

Romone V. ALLEN, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 102, 2016

Supreme Court of Delaware.

Submitted: April 21, 2016
Decided: May 24, 2016

AFFIRMED.

■

GATEWAY ESTATES, INC., Plaintiff Below, Appellant,

v.

NEW CASTLE COUNTY, and Robert R. & Rosa Gonzales, Defendants Below, Appellees.

No. 571, 2015

Supreme Court of Delaware.

Submitted: May 18, 2016
Decided: May 25, 2016
Corrected: June 10, 2016
Reargument Denied June 10, 2016

AFFIRMED.